IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Harry | Case Number: 05 B 58876 |
| | Judge: Squires, John H |
| Printed: 4/15/08 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 14, 2007
Confirmed: January 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 19,133.87 |
| Priority: | | 0.00 |
| Administrative: | | 2,094.00 |
| Trustee Fee: | | 1,171.78 |
| Other Funds: | | 0.35 |
| Totals: | 22,400.00 | 22,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,094.00 | 2,094.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Bank Of Calumet C/O Andrew L Kraemer | Unsecured | 0.00 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 10,675.39 | 5,737.39 |
| 6. | Capital One | Unsecured | 1,488.32 | 799.87 |
| 7. | ECast Settlement Corp | Unsecured | 1,030.33 | 553.74 |
| 8. | Bank Of America | Unsecured | 6,322.56 | 3,396.82 |
| 9. | Resurgent Capital Services | Unsecured | 2,507.17 | 1,011.98 |
| 10. | ECast Settlement Corp | Unsecured | 183.46 | 98.47 |
| 11. | RoundUp Funding LLC | Unsecured | 509.17 | 273.63 |
| 12. | ECast Settlement Corp | Unsecured | 932.75 | 501.29 |
| 13. | ECast Settlement Corp | Unsecured | 711.87 | 382.54 |
| 14. | Resurgent Capital Services | Unsecured | 15,682.43 | 6,053.36 |
| 15. | Specialized Management Consultants | Unsecured | 604.34 | 324.78 |
| 16. | Great Bank | Secured | | No Claim Filed |
| 17. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 18. | Great Bank | Unsecured | | No Claim Filed |
| 19. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 20. | Bank Calumet | Unsecured | | No Claim Filed |
| 21. | Citi Cards | Unsecured | | No Claim Filed |
| 22. | Core Com | Unsecured | | No Claim Filed |
| 23. | Great Bank | Unsecured | | No Claim Filed |
| | | | $ 42,741.79 | $ 21,227.87 |

Case 05-58876   Doc 46   Filed 04/15/08   Entered 04/15/08 10:59:58   Desc   Page 2 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Harry | Case Number: 05 B 58876 |
| | Judge: Squires, John H |
| Printed: 4/15/08 | Filed: 10/16/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 613.84 |
| 5% | 221.80 |
| 4.8% | 249.76 |
| 5.4% | 86.38 |
| | _____ |
| | $ 1,171.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

